# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JACK HOWELLS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY,<br><br>    Defendant. | Case No. 2:10-cv-00703-LDG (LRL)<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that Plaintiffs' Motion for Summary Judgment (#16), filed the day after the parties filed their stipulated Scheduling Order and before the Court entered that Scheduling Order and before any discovery has been conducted in this matter, is DENIED without prejudice as premature.

DATED this _29_ day of August, 2011.

_____
Lloyd D. George
United States District Judge