# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JACK HOWELLS, *et al*.,

    Plaintiffs,

v.

GENERAL ELECTRIC COMPANY,

    Defendant.

Case No. 2:10-cv-00703-LDG (VCF)

**SUMMARY JUDGMENT**

    This action came before the Court on defendant General Electric Company's Motion for Summary Judgment (#31), which the Court granted. Therefore,

    THE COURT **ORDERS** that the plaintiffs Jack and Virginia Howells recover nothing, the action be dismissed on its merits, and the defendant General Electric Company recover costs from the plaintiffs.

DATED this 30 day of January, 2013.

_____
Lloyd D. George
United States District Judge