AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| JACK HOWELLS, et. al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:10-cv-00703-LDG (VCF) |
| GENERAL ELECTRIC COMPANY ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* General Electric Co. recover costs from the plaintiff *(name)* Jack Howells, Virginia Howells & AAA Nev. Fire & Cas. Ins. Co. of $2,400.88 .

☐ other:


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge George _____ on a motion for summary judgment

LANCE S. WILSON                    5/21/2013
CLERK                              DATE
*Lance S. Wilson*
(By) DEPUTY CLERK